1  SEYFARTH SHAW LLP
   Kurt A. Kappes (State Bar No. 146384)
2  Robert Milligan (State Bar No. 217348)
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  Attorneys for Defendant
   COUNTRYWIDE HOME LOANS, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 GEORGE S. LOUIE                    )   Case No. 07-CV-00385-MCE-DAD
                                      )
11          Plaintiff,                )
                                      )
12     v.                             )   **STIPULATION FOR DISMISSAL**
                                      )   **WITH PREJUDICE; ORDER**
13 COUNTRYWIDE HOME LOANS, INC., and  )
   DOES 1-500, inclusive              )   **(F.R.C.P. Rule 41(A)(1))**
14                                    )
            Defendants.               )
15 _____)

16     Plaintiff George S. Louie ("Plaintiff") and Defendant Countrywide Home Loans, Inc.

17 ("Defendant") have reached a resolution of this case.  Plaintiff agrees to dismiss this action in its

18 entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a).  Each party shall bear its own fees and

19 costs in the action.

20     The parties seek the Court's approval of the dismissal of this action with prejudice,

21 through the order below.

22 DATED: January 30, 2008                      SEYFARTH SHAW LLP

23

24                                              By _____/S/_____
                                                   Robert B. Milligan
25                                                 Attorneys for Defendant
                                                   COUNTRYWIDE HOME LOANS, INC.
26

27 [*Signatures continued next page . . .* ]

28

                                          1
                     STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER

1  DATED:  January 30, 2008                             CABLE LAW OFFICES

3                                                       By_____
                                                              Keith Cable
4                                                       Attorneys for Plaintiff
                                                        GEORGE S. LOUIE

6  
   IT IS SO ORDERED.
7  DATED: January 30, 2008

                                                        _____
                                                        MORRISON C. ENGLAND, JR
                                                        UNITED STATES DISTRICT JUDGE